# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2024

Ms. Stephanie Garlock
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

    No. 24-10266   In re: Chamber of Commerce
                          USDC No. 4:24-CV-213

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a response to the Petitioners' Petition for writ of mandamus to be filed in this office by 3:00 p.m. April 2, 2024.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc:
    Mr. Michael F. Murray