# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 19, 2024

Ms. Stephanie Garlock
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

Mr. Justin Michael Sandberg
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552

    No. 24-10266   In re: Chamber of Commerce
                         USDC No. 4:24-CV-213

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising that the court has requested a response to the Respondents' Petition for Rehearing be filed in this office on or before April 29, 2024.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Lisa E. Ferrara, Deputy Clerk
                                504-310-7675

cc:
    Ms. Jennifer B. Dickey
    Mr. Andrew Doersam
    Mr. Michael F. Murray
    Mr. Thomas Pinder
    Mr. Tor Tarantola
    Mr. Philip Avery Vickers