# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 24-10266

In re: Chamber of Commerce          vs. _____
(Short Title)

The Clerk will enter my appearance as Counsel for Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☑ Respondent(s)   ☐ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Joseph Frisone                                        joseph.frisone@cfpb.gov
(Signature)                                              (e-mail address)

Joseph Frisone                                           VA/90728
(Type or print name)                                     (State/Bar No.)

Senior Counsel
(Title, if any)

Consumer Financial Protection Bureau
(Firm or Organization)

Address: 1700 G Street NW

City & State: Washington, DC                             Zip: 20552

Primary Tel. 202-435-9287    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Stephanie Garlock

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case: Yes, preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Chamber of Commerce v. Consumer Fin. Prot. Bureau (CFPB), No. 24-10248, is an appeal from the same proceeding. List continued on page 2.

Name of Court or Agency: 5th Circuit

Status of Appeal (if any): Pending

Other Status (if not appealed): _____

**NOTE: Attach sheet to give further details.**                     DKT-5A REVISED June 2023

## Notice of Appearance in *Chamber of Commerce v. CFPB*, No. 24-10266, by Joseph Frisone

**Related Case Info. (cont.)**

**Caption and Description:** *Chamber of Commerce of the U.S., et al. v. CFPB*, No. 23-40650, involves a challenge to the constitutionality of the CFPB's funding under *CFSA v. CFPB*, 51 F.4th 616 (5th Cir. 2022), *cert. granted*, 143 S. Ct. 978 (2023) and *cert. denied*, 143 S. Ct. 981 (2023).

**Court**: 5th Cir.

**Status**: Appeal is being held in abeyance pending the resolution of *CFSA* in Supreme Court

\*   \*   \*

**Caption and Description**: *Texas Bankers Ass'n v. CFPB*, No. 7:23-cv-00144, involves a challenge to the constitutionality of the CFPB's funding under *CFSA*.

**Court**: S.D. Texas

**Status**: The District Court preliminarily enjoined the Bureau from enforcing a rule related to small-business lending in light of *CFSA*. Briefing on cross-motions for summary judgment began on March 1 and will conclude by June 7.

\*   \*   \*

**Caption and Description**: *CFPB v. Populus Financial Group, Inc., dba ACE Cash Express, Inc.*, No. 3:22-cv-1494. Enforcement case brought by the CFPB against *Populus*.

**Court**: N.D. Tex.

**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*   \*   \*

**Caption and Description**: *CFPB v. FirstCash*, No. 2:15-cv-7522. Enforcement case brought by the CFPB against *FirstCash*.

**Court**: N.D. Tex.

**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*   \*   \*

**Caption and Description**: *CFPB v. ACTIVE*, No. 4:22-cv-898. Enforcement case brought by the CFPB against *ACTIVE*.

**Notice of Appearance in** *Chamber of Commerce v. CFPB*, **No. 24-10266, by Joseph Frisone**

**Related Case Info. (cont.)**

**Court**: E.D. Tex.

**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*　　\*　　\*

**Caption and Description**: *CFPB v. Colony Ridge Development, LLC*, No. 4:23-cv-4729. Enforcement case brought by the CFPB and the Department of Justice against Colony Ridge.

**Court**: S.D. Tex.

**Status**: Defendants have filed motions to stay the case pending a decision from the Supreme Court in *CFSA*, which are pending. The parties are briefing motions to dismiss.