# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 2, 2024
Lyle W. Cayce
Clerk

No. 24-10266

In re Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business; Chamber of Commerce for the United States of America,

*Petitioners.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

_____

ORDER:

IT IS ORDERED that Respondents' letter filed May 1, 2024 is STRICKEN.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT