# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10266   In re: Chamber of Commerce
                 USDC No. 4:24-CV-213

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Jennifer B. Dickey
Mr. Andrew Doersam
Ms. Stephanie Garlock
Ms. Karen S. Mitchell
Ms. Maria Monaghan
Ms. Tara S. Morrissey
Mr. Michael F. Murray
Mr. Thomas Pinder
Mr. Justin Michael Sandberg
Mr. Tor Tarantola
Mr. Philip Avery Vickers