# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 3, 2024

Lyle W. Cayce
Clerk

No. 24-10266

In re Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business; Chamber of Commerce for the United States of America,

*Petitioners.*

Petition from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

## ON PETITION FOR REHEARING

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges.*

PER CURIAM:

The petition for panel rehearing is DENIED.[*] Our prior opinion, *In re Fort Worth Chamber of Com.*, 98 F.4th 265 (5th Cir. 2024), is withdrawn, and a substituted opinion is being issued simultaneously.

---

[*] JUDGE HIGGINSON: "I would grant the panel rehearing based both on the manufactured nature of Petitioners' urgency—stemming from a desire to take voluntary actions not required by or implicated by the Rule—and the unworkability, more broadly, of finding effective denial here." *See In re Fort Worth Chamber of Com.*, ___ F.4th ___ (5th Cir. May 1, 2024) (Higginson, J., dissenting).