# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 03, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 24-10266   In re: Chamber of Commerce
                         USDC No. 4:24-CV-213

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      *Christina Rachal*
                                      By: _____
                                      Christina C. Rachal, Deputy Clerk
                                      504-310-7651

cc:
    Ms. Jennifer B. Dickey
    Mr. Andrew Doersam
    Ms. Stephanie Garlock
    Ms. Maria Monaghan
    Ms. Tara S. Morrissey
    Mr. Michael F. Murray
    Mr. Thomas Pinder
    Mr. Justin Michael Sandberg
    Mr. Tor Tarantola
    Mr. Philip Avery Vickers